IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR No.: 24-309-DHU |
| ) | |
| vs. ) | |
| ) | |
| **CISCO CRUZITO PINTO,** ) | |
| ) | |
| Defendant. ) | |

### ORDER FOR *LAFLER/FRYE* HEARING
### BEFORE A UNITED STATES MAGISTRATE JUDGE

**THIS MATTER** comes before the Court on the United States' *Motion for Lafler/Frye Hearing Before a United States Magistrate Judge*, which seeks an order directing a United States Magistrate Judge to inquire with the defendant, CISCO PINTO (hereinafter, "Defendant"), and his attorney, Assistant Federal Public Defender Hadley Brown, whether defense counsel communicated to Defendant the plea offer extended by the United States in this matter. See Doc. 33. The Court, being fully advised in the premises, and noting that Defendant takes no position on the motion, finds the motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the *United States' Motion for Lafler/Frye Hearing Before a United States Magistrate Judge* is hereby referred to a United States Magistrate Judge to conduct a hearing at which the judge shall inquire on the record whether defense counsel informed Defendant of the United States' plea offer and whether Defendant chose to reject this offer with full awareness of its terms.

**IT IS FURTHER ORDERED** that the United States Magistrate Judge that conducts this hearing shall make the prosecution's plea offer a sealed exhibit at the hearing and verify that

Defendant and defense counsel discussed the terms of the letter before rejecting the United States' proposed resolution.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
Meg Tomlinson
Assistant U.S. Attorney

2